IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LUTHER MONTGOMERY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIV. A. NO. 24-192-KD-MU |
| JULIA ROBINSON, | ) ) ) |
| Defendant. | ) |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. Accordingly, Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**.

**DONE** this 25th day of July 2024.

　　　　　　　　　　　　　　　　s/ Kristi K. DuBose
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE