IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |  |
|---|---|---|
| LUTHER MONTGOMERY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIV. A. NO. 24-192-KD-MU |
| | ) | |
| JULIA ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED WITH PREJUDICE**.

    **DONE** this 25th day of July 2024.

                              s/ Kristi K. DuBose
                              UNITED STATES DISTRICT JUDGE